AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rodriguez, Xavier | Western District of Texas | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

655 E. Cesar E. Chavez Blvd.
San Antonio, Texas 78206

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, San Antonio Chapter |
| 2. | Regent | Texas Lutheran University |
| 3. | Board Member | St. Luke's Lutheran Health Ministries |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | St. Mary's Univ. School of Law - teaching | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Judson I.S.D. - Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 13, 2017 | Austin, Texas | Attend State Bar Technology Brainstorming Session | mileage |
| 2. | State Bar of Texas | January 30-31, 2017 | New York, NY | Attend State Bar Computer & Tech Council Meeting | hotel, taxi, meals |
| 3. | ALM | January 31-February 1, 2017 | New York, NY | Deliver CLE speeches | airfare, meals |
| 4. | kCura LLC | February 1-2, 2017 | New York, NY | Deliver CLE speeches | hotel |
| 5. | Philosophical Society of Texas | February 18-19, 2017 | Waco, TX | Deliver CLE speech | mileage |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Rodriguez, Xavier** | 05/07/2018 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | State Bar of Texas | March 7-8, 2017 | Austin, Texas | Attend State Bar CLE meeting | car rental, parking |
| 7. | Arizona State Univ. | March 8-10, 2017 | Tempe, Arizona | Deliver CLE speeches | airfare, meals, taxi |
| 8. | State Bar of Texas | March 30-April 1, 2017 | South Padre Island, TX | Attend SBOT Litigation Council Meeting | car rental, hotel, meals |
| 9. | State Bar of Texas | April 7, 2017 | Austin, TX | Attend State Bar Computer & Tech Council Meeting | mileage, parking |
| 10. | Sedona Conference | May 3-5, 2017 | Minneapolis, MN | Deliver CLE speeches | airfare, taxi, meals, parking |
| 11. | State Bar of Texas | May 24-25, 2017 | Austin, Texas | Deliver CLE speech | parking, mileage |
| 12. | Univ. of Texas | May 25-26, 2017 | Austin, Texas | Deliver CLE speech | mileage |
| 13. | State Bar of Texas | June 21-23, 2017 | Dallas, Texas | Attend State Bar Annual Meeting | airfare, taxi, meals |
| 14. | American Law Institute | June 26-27, 2017 | Philadelphia, PA | Attend meeting | airfare, taxi, hotel, meals |
| 15. | State Bar of Texas | August 22-23, 2017 | Austin, Texas | Attend CLE meeting | mileage, meals |
| 16. | State Bar of Texas | August 25-26, 2017 | San Antonio, Texas | Deliver CLE speech | hotel |
| 17. | State Bar of Texas | September 6-7, 2017 | Austin, Texas | Deliver CLE speech | mileage, hotel, parking |
| 18. | Exterro | September 11-12, 2017 | Portland, OR | Deliver CLE speech | airfare, taxi, meals, hotel |
| 19. | Zapproved | September 13-16, 2017 | Portland, Oregon | Deliver CLE speech | airfare, taxi, parking, meals |
| 20. | Exterro | September 11-12, 2017 | Portland, OR | Deliver CLE speech | airfare, taxi, meals |
| 21. | State Bar of Texas | September 19, 2017 | Austin, TX | Attend State Bar Computer & Tech Council Meeting | mileage, parking |
| 22. | State Bar of Texas | October 5-7, 2017 | Ft. Davis, TX | Attend SBOT Litigation Council meeting | car rental, hotel, meals |
| 23. | KCura Corp. | October 20-23, 2017 | Chicago, IL | Deliver CLE speech | meals, taxi, hotel |
| 24. | State Bar of Texas | October 25, 2017 | Austin, Texas | Deliver CLE speech | mileage, parking |
| 25. | State Bar of Texas | November 30, 2017 | Austin, Texas | Attend Computer & Tech Council meeting | mileage, hotel, meals |
| 26. | State Bar of Texas | December 6, 2017 | Austin, TX | Deliver CLE speech | mileage, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity IRA Baron Growth | A | Dividend | K | T | | | | | |
| 2. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 3. Fidelity IRA Low Priced Stock | A | Dividend | M | T | | | | | |
| 4. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 5. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 6. Fidelity IRA Oakmark Equity Income | A | Dividend | K | T | | | | | |
| 7. Frost National Bank Market Index | A | Interest | K | T | | | | | |
| 8. Frost National Bank | A | Interest | K | T | | | | | |
| 9. American Balanced Fund | A | Dividend | L | T | | | | | |
| 10. American Balanced Fund - 529 | A | Dividend | L | T | Sold (part) | 07/07/17 | K | | |
| 11. Fidelity IRA FBALX | A | Dividend | L | T | | | | | |
| 12. Fidelity IRA Int'l Discovery | A | Dividend | K | T | | | | | |
| 13. Fidelity IRA Contrafund | A | Dividend | M | T | | | | | |
| 14. Fidelity IRA Emerging Markets | A | Dividend | J | T | | | | | |
| 15. Teacher Retirement System of Texas | A | Dividend | K | T | | | | | |
| 16. Firstmark | A | Interest | J | T | | | | | |
| 17. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity IRA Leveraged Co. Stock | A | Dividend | K | T | | | | | |
| 19. Fidelity IRA Strategic Income | A | Dividend | L | T | | | | | |
| 20. Fidelity Yacktman Focused | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 10, American Balanced Fund 529 - also partial sell on 08/22/16, value K

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/07/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Xavier Rodriguez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544